IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
v. : 3:17-CR-78
: (JUDGE MARIANI)
JUAN ROMAN-POLANCO, :
:
      Defendant. :

FILED
SCRANTON
APR 0 9 2019

## ORDER

AND NOW, THIS 9th DAY OF APRIL 2019, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss Indictment for Violation of Speedy Trial Act (Doc. 253) is **DENIED**;

2. Defendant's Motion to Suppress Evidence (Doc. 251) is **DENIED**;

3. Defendant's Motion for Early Disclosure of Jencks Material (Doc. 251) is **DENIED**.

Robert D. Mariani
United States District Judge